# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>TAYLOR BOWMAN and JOSHUA HENDERSON,<br><br>            Defendants. | Cause No.: CV-24-21-BU-BMM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 23) entered jointly by the parties; IT IS HEREBY ORDERED that this action is dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

DATED this 26th day of December 2024.

_____
Brian Morris
United States District Court Judge